UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br><br>MARIANA ORVANANOS-RODRIGUEZ (1)<br><br>                        Defendant. | Case No. 15CR2335-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT 2 6 2015<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_    the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Indictment:

    21 USC 952,960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 10/26/2015

                                        Hon. Gonzalo P. Curiel
                                        United States District Judge